ACCEPTED
03-15-00093-CV
5004129
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/23/2015 11:57:05 AM
JEFFREY D. KYLE
CLERK



# CITY OF HOUSTON

Legal Department

**Annise D. Parker**

Mayor

Donna L. Edmundson
City Attorney
Legal Department
P.O. Box 368
Houston, Texas 77001-0368
City Hall Annex
900 Bagby, 4th Floor
Houston, Texas 77002

832.393.6491 - Telephone
832.393.6259 - Facsimile
www.houstontx.gov

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/23/2015 11:57:05 AM
JEFFREY D. KYLE
Clerk

April 23, 2015

*Via e-Filing*
Hon. Velva L. Price
Travis County District Clerk
1000 Guadalupe Street, Room 301
Austin, Texas 78701

Re:     Cause No. D-1-GV-14-000227; *The City of Houston v. Greg Abbott, Attorney General of Texas*; in the 250th Judicial District Court of Travis County, Texas
Appeal: No. 03-15-00093-CV; *The City of Houston v. Ken Paxton, Attorney General of Texas*; in the Court of Appeals for the Third District of Texas at Austin

Dear Ms. Price:

Plaintiff/Appellant City of Houston (the City) requests that the documents listed below be included in a Supplemental Clerk's Record to be prepared, certified and filed in the above-numbered appeal in the Third Court of Appeals:

|   | Date filed | Document |
|---|---|---|
| 1. | 06/25/14 | Agreed Protective Order |
| 2. | 10/29/14 | Order Sealing Information at Issue for In Camera Inspection |
| 3. | 02/11/15 | Letter Designating Clerk's Record |
| 4. |  | Certified Bill of Costs |
| 5. |  | Docket Sheet |
| 6. |  | This letter |
| 7. |  | Pursuant to the Order Sealing Information at Issue for In Camera Inspection signed on October 28, 2014 (attached as Ex. A), and Tex. Gov't Code § 552.3221(c)(3) (attached as Ex. B), please transmit **under seal** to the Third Court of Appeals the Information at Issue (this is information which must be protected from public view). |

Council Members:  Brenda Stardig   Jerry Davis   Ellen R. Cohen   Dwight A. Boykins   Dave Martin   Richard Nguyen   Oliver Pennington   Edward Gonzalez
Robert Gallegos   Mike Laster   Larry V. Green   Stephen C. Costello   David W. Robinson   Michael Kubosh   C.O. "Brad" Bradford   Jack Christie

Controller:  Ronald C. Green

Please let me know the cost of preparing this Supplemental Clerk's Record at your earliest convenience so that I can make arrangements for payment.

Thank you for your courtesy and prompt attention to this matter.

Sincerely,

 */s/ Mary Beth Stevenson*
Mary E. ("Mary Beth") Stevenson
Assistant City Attorney
832.393.6269
marybeth.stevenson@houstontx.gov

cc:     ***Via e-service***
        Matthew R. Entsminger

## Certificate of Service

I hereby certify that on this 23rd day of April, 2015, a true and correct copy of the foregoing has been served on counsel below via e-service.

Matthew R. Entsminger
Assistant Attorney General
Open Records Litigation
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
matthew.entsminger@texasattorneygeneral.gov

*Attorney for Defendant/Appellee*

*/s/ Mary Beth Stevenson*
Mary E. ("Mary Beth") Stevenson



**EXHIBIT A**

Filed in The District Court
of Travis County, Texas

OCT 29 2014

At_____ 11'55 A.M.
Amelia Rodriguez-Mendoza, Clerk

CAUSE NO. D-1-GV-14-000227

| | | |
|---|---|---|
| THE CITY OF HOUSTON, TEXAS, *Plaintiff,* | § § § | IN THE DISTRICT COURT OF |
| v. | § § | 250th JUDICIAL DISTRICT |
| GREG ABBOTT, ATTORNEY GENERAL OF TEXAS, *Defendant.* | § § § | TRAVIS COUNTY, TEXAS |

## ORDER SEALING INFORMATION AT ISSUE
## FOR IN CAMERA INSPECTION

This is an open records lawsuit brought under the Public Information Act (PIA), Tex. Gov't Code ch. 552. This order is entered pursuant to Tex. Gov't Code § 552.3221. On this 28ᵗʰ day of October, 2014, at 3:30 p.m., Defendant Attorney General filed with the Court for in camera inspection the information at issue, marked as Defendant's Exhibit 1.

IT IS ORDERED that the clerk shall file Defendant's Exhibit C under seal as "Information at Issue"; append a copy of this order to the information; maintain the information at issue in a sealed envelope or in a manner that precludes disclosure; and transmit the information at issue to any court of appeals as part of the clerk's record.

IT IS ORDERED that the information at issue shall not be made available by the clerk or any custodian of records for public inspection.

IT IS FURTHER ORDERED THAT THE INFORMATION AT ISSUE SHALL NOT BE RELEASED OR ACCESSED BY ANY PERSON OTHER THAN THE COURT, A REVIEWING COURT OF APPEALS, OR PARTIES PERMITTED TO INSPECT THE INFORMATION PURSUANT TO A PROTECTIVE ORDER.

Signed this ___28___ day of ___October___, 2014.

_____
JUDGE PRESIDING

AGREED:


_____
MATTHEW R. ENTSMINGER
State Bar No. 24059723
Assistant Attorney General
Open Records Litigation
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4151
Facsimile: (512) 457-4686
matthew.entsminger@texasattorneygeneral.gov

ATTORNEY FOR DEFENDANT GREG ABBOTT,
ATTORNEY GENERAL OF TEXAS

_____
DAVID L. RED
State Bar No. 16656900
Senior Assistant City Attorney
City of Houston's City Attorney's Office
P.O. Box 368
Houston, Texas 77001-0368
Telephone: (832) 393-6293
Facsimile: (832) 393-6259
david.red@houstontx.gov

ATTORNEY FOR PLAINTIFF CITY OF
HOUSTON, TEXAS


Order Sealing Information at Issue for In Camera Inspection                    Page 2 of 2
Cause No. D-1-GV-14-000227



**EXHIBIT B**

Vernon's Texas Statutes and Codes Annotated
    Government Code (Refs & Annos)
        Title 5. Open Government; Ethics (Refs & Annos)
            Subtitle A. Open Government
                Chapter 552. Public Information (Refs & Annos)
                    Subchapter H. Civil Enforcement

V.T.C.A., Government Code § 552.3221

§ 552.3221. In Camera Inspection of Information

Effective: September 1, 2013

Currentness

(a) In any suit filed under this chapter, the information at issue may be filed with the court for in camera inspection as is necessary for the adjudication of the case.

(b) Upon receipt of the information at issue for in camera inspection, the court shall enter an order that prevents release to or access by any person other than the court, a reviewing court of appeals, or parties permitted to inspect the information pursuant to a protective order. The order shall further note the filing date and time.

(c) The information at issue filed with the court for in camera inspection shall be:

(1) appended to the order and transmitted by the court to the clerk for filing as "information at issue";

(2) maintained in a sealed envelope or in a manner that precludes disclosure of the information; and

(3) transmitted by the clerk to any court of appeal as part of the clerk's record.

(d) Information filed with the court under this section does not constitute "court records" within the meaning of Rule 76a, Texas Rules of Civil Procedure, and shall not be made available by the clerk or any custodian of record for public inspection.

(e) For purposes of this section, "information at issue" is defined as information held by a governmental body that forms the basis of a suit under this chapter.

**Credits**

Added by Acts 2013, 83rd Leg., ch. 461 (S.B. 983), § 1, eff. Sept. 1, 2013.

V. T. C. A., Government Code § 552.3221, TX GOVT § 552.3221
Current through the end of the 2013 Third Called Session of the 83rd Legislature

**End of Document** © 2015 Thomson Reuters. No claim to original U.S. Government Works.